UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| ------------------------------------------------------<br>**This document relates to:**<br><br>Shanks v. Bayer Corp., et al.<br>No. 3:10-cv-13043-DHR-PMF | Judge<br><br>**David R. Herndon**<br><br>ORDER |

## ORDER

This matter is before the Court on Plaintiff's motion to dismiss the above captioned duplicative action (Doc. 5).  The above captioned action was filed on October 12, 2010 (Doc. 1).  An identical action was subsequently filed on December 20, 2010 (3:10-cv-13725 Doc. 1).  Plaintiff now moves to dismiss the above captioned action as duplicative.  Pursuant to this Court's inherent authority to manage its own docket in a manner that conserves scarce judicial resources and promotes the efficient disposition of cases, ***see Champ v. Siegel Trading Co., 55 F.3d 269, 277 (7th Cir.1995)***, the Court hereby **ORDERS** as follows:  The above captioned action is **DISMISSED**.  Plaintiff, Connie Shank's, duplicate action (3:10-cv-13725) shall remain in full force and effect.  **SO ORDERED:**

*David R. Herndon*
*2010.12.22 14:54:59*
*-06'00'*

Chief Judge                                                             Date: December 22, 2010
United States District